UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Crim. No. 09-157 (FSH) |
| ABDEL HAKEEM KANAN | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court upon an indictment filed by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Brooke E. Carey, Assistant U.S. Attorney, appearing) and defendant Abdel Hakeem Kanan (K. Anthony Thomas, AFPD, appearing) having been charged with violations of 21 U.S.C. Sections 841(a), 846 and 856, and 18 U.S.C. Section 2, application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from April 22, 2009 through October 6, 2009 to allow the parties additional time to prepare for trial and file pretrial motions, and the defendants being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendants having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The case requires additional time for the parties to prepare for trial and file pretrial motions;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice

served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 21st day of April, 2009

ORDERED that this action be, and it hereby is, continued from April 22, 2009 through, October 6, 2009.

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order For Discovery and Inspection shall be stayed as follows:

ORDERED that:

1. Defendants shall file pretrial motions on or before September 8, 2009

2. The Government shall respond to such motions on or before September 21, 2009

3. ~~The return date for pretrial motions shall be~~

5. Trial shall commence on October 6, 2009 at 9:30 a.m.

IT IS FURTHER ORDERED that the period from April 22, 2009 through October 6, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

Form and entry consented to:

_____
Brooke E. Carey
Assistant U.S. Attorney

_____
R. Anthony Thomas, AFPD
Counsel for defendant Abdel Hakeem Kanan

3. Defendants surreply, if any, shall be filed on or before September 28, 2009.

4. A motion hearing will be set on a date and time to be determined by the Court.