UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Crim. No. 09-157 (FSH) |
| ABDEL HAKEEM KANAN | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Serina Vash and Philip James Degnan, Assistant U.S. Attorneys, appearing) and defendant Abdel Hakeem Kanan (K. Anthony Thomas, AFPD, appearing) having been charged with violations of 21 U.S.C. Sections 841(a), 846 and 856, and 18 U.S.C. Section 2, application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from December 14, 2009 through April 13, 2010 to allow the parties additional time to prepare for trial and file pretrial motions, and the defendants being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The case requires additional time for the parties to prepare for trial and file pretrial motions;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the

defendant in a speedy trial.

WHEREFORE, IT IS on this 25th day of November, 2009

ORDERED that this action be, and it hereby is, continued from December 14, 2009 through April 13, 2010.

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order For Discovery and Inspection shall be stayed as follows:

ORDERED that:

1. Defendants shall file pretrial motions on or before <u>March 16, 2010</u>;

2. The Government shall respond to such motions on or before <u>March 30, 2010</u>;

3. The return date for pretrial motions shall be <u>April 6, 2010 at 11:00 a.m.</u> and

5. Trial shall commence on <u>April 12, 2010 at 9:30 a.m.</u>

IT IS FURTHER ORDERED that the period from December 14, 2009 through April 13, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

Form and entry consented to:

_____
Philip James Degnan
Assistant U.S. Attorney

_____
K. Anthony Thomas, APPD
Counsel for defendant Abdel Hakeem Kanan